IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-25 |
| | ) | |
| CHESTER MORRELL | ) | |
| DANIEL MORRELL | ) | |

O R D E R

AND NOW, to wit, this _____ day of July, 2007, the Court having considered the motion of the government to destroy certain firearms, the Court having jurisdiction over the subject matter and being duly advised,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Special Agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall forthwith destroy the following weapons:

    (a) .30 caliber machine gun with bipod, serial #762N; and

    (b) 3 small samples of detonation cord, rendered safe.

_____
UNITED STATES DISTRICT JUDGE

cc:   United States Attorney